**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN M., | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:24-cv-4310** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | |
| **COMMISIONER OF** | : | **Magistrate Judge Elizabeth P. Deavers** |
| **SOCIAL SECURITY,** | : | |
| | : | |
| **Defendant.** | : | |

**OPINION & ORDER**

On December 3, 2025, the United States Magistrate Judge issued a **Report and Recommendation** in this case (ECF No. 10), recommending that this Court overrule Plaintiff's Statement of Errors and affirm the Commissioner's decision. The Report and Recommendation specifically advises the parties that the failure to object to the Report and Recommendation within fourteen days results in "a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (ECF No. 10 at 12). The parties have failed to respond. The deadline for objections has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. This case is hereby **DISMISSED**.

　　**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**

**DATED: March 3, 2026**